IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY DONNELL RICHARDSON                                    PLAINTIFF

         v.                  Civil No. 1:10-cv-01015

SHERIFF KEN JONES; CHIEF
BURTON CLARK; LT. BASS;
SGT. JIM SANDERS; and
OFFICER GRIER                                                  DEFENDANTS

## **ORDER**

       The Court, having been advised the Plaintiff is being held at the Arkansas State Hospital, believes this case should be stayed and administratively terminated so that it may be moved to the Court's inactive docket. The case, however, is not being dismissed.

       Plaintiff may file a motion to reopen once he is released from the Arkansas State Hospital. For this reason, the case is stayed and administratively terminated. The trial currently scheduled for October 28, 2011, is cancelled.

       IT IS SO ORDERED this 27th day of September 2011.

                                                      /s/ Barry A. Bryant
                                                     HON. BARRY A. BRYANT
                                                     UNITED STATES MAGISTRATE JUDGE